## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| AMERICAN ART CLAY COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No.: _____ |
| v. | ) ) | |
| THE CINCINNATI INSURANCE COMPANY, INC., | ) ) ) | |
| Defendant. | ) | |

### PLAINTIFF'S COMPLAINT FOR DAMAGES

Plaintiff American Art Clay Company, Inc. ("AMACO"), by counsel, for its complaint against defendant The Cincinnati Insurance Company, Inc. ("Cincinnati Insurance") alleges and states the following:

### THE PARTIES

1.     AMACO is an Indiana corporation with its principal place of business in Indianapolis, Marion County, Indiana.

2.     Cincinnati Insurance is an Ohio corporation with its principal place of business in Fairfield, Butler County, Ohio.

### JURISDICTION AND VENUE

3.     This Court has personal jurisdiction over the parties because the parties conducted business in Indiana and the actions giving rise to this complaint took place in Indiana and caused harm to an Indiana citizen.

4.     This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1332. There is complete diversity of citizenship between the plaintiff and the defendant, and the amount in controversy exceeds $75,000, exclusive of interest, attorneys' fees, and costs.

5.      This Court has supplemental jurisdiction over this action pursuant to 28 U.S.C. § 1367.

6.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2).

## NATURE OF THE CASE

*Overview*

7.      AMACO is the target of several lawsuits in which certain individuals claim to have suffered personal injury caused by exposure to asbestos allegedly present in certain products produced, manufactured, or sold by AMACO.

8.      AMACO denies each of these allegations in their entirety.

9.      AMACO specifically refutes the claim that it has ever produced, manufactured, or otherwise sold any such products. These accusations are a gross mischaracterization of AMACO's product line.

10.     For many of these lawsuits, claims for defense and indemnity were tendered to Cincinnati Insurance by AMACO pursuant to insurance contracts sold to AMACO by Cincinnati Insurance over a 30+ year period.

11.     Rather than provide AMACO with the defense needed to disprove these accusations and deter additional, future lawsuits, Cincinnati Insurance denied coverage to AMACO.

12.     Cincinnati Insurance's actions constitute a breach of contract and a breach of its duty of good faith and fair dealing to AMACO.

13.     Cincinnati Insurance and AMACO further disagree on the applicability of certain provisions in the insurance contracts.

14.     More specifically, AMACO seeks a declaratory judgment that the asbestos exclusion in the insurance contracts does not preclude coverage for these lawsuits and that Cincinnati Insurance is liable to AMACO for defense and indemnity costs related to these lawsuits.

## FACTUAL ALLEGATIONS

*AMACO's History and Production of Art Clay*

15.     AMACO has produced and sold various categories of art supplies since 1919, including art clay.

16.     Artists, students, and hobbyists use art clay to create sculptures and other ceramic figures.

17.     In the early 1950s, AMACO began incorporating talc from the R.T. Vanderbilt Company ("R.T. Vanderbilt") into the production of a limited type of art clay.

18.     R.T. Vanderbilt was AMACO's sole supplier of talc until the mid- to late-1980s.

19.     R.T. Vanderbilt provided AMACO with copies of meticulous test procedures which R.T. Vanderbilt used to analyze its talc products.

20.     R.T. Vanderbilt also produced to AMACO data, studies, and reports that showed that its talc did not contain asbestos.

21.     In fact, R.T. Vanderbilt and its representatives repeatedly assured AMACO that its talc was safe, non-toxic, and did not contain asbestos.

22.     In addition to R.T. Vanderbilt's data, studies, reports, and assurances, AMACO has tested its products since the 1940s and is an industry leader in product safety.

23.     For instance, AMACO was a founding member of the Crayon, Watercolor and Crafts Institute, now known as the Arts & Creative Materials Institute ("ACMI").

24.    The Duke Toxicology Program of the Duke Medical Center is the primary toxicology service provider to, and research partner for, ACMI.

25.    AMACO's products were tested by Duke Medical Center researchers and toxicologists as part of AMACO's membership in ACMI.

26.    Samples of every art material product manufactured by AMACO were sent to Duke Medical Center for testing, including testing specific for the presence of asbestos.

27.    Duke Medical Center determined that the talc used by AMACO did not contain asbestos.

28.    In 2007, AMACO permanently removed R.T. Vanderbilt's talc from its products.

29.    AMACO was informed that R.T. Vanderbilt's talc used by AMACO may have contained a non-asbestiform tremolite.

30.    Non-asbestiform tremolite is not asbestos.

*Definition of Asbestos*

31.    "Asbestos" is a generic term for the asbestiform varieties of six hydrated silicates: chrysotile, amosite, crocidolite, anthophyllite, tremolite, and actinolite. 30 C.F.R. § 71.702.

32.    Not all occurrences of hydrated silicates qualify as asbestos. *See id*.

33.    For a mineral occurrence to qualify as asbestos, it must also demonstrate certain *physical* characteristics, such as having a particular size, shape, and growth pattern. *See id*.

34.    The terms "asbestiform" and "non-asbestiform" are mineralogical terms that describe a mineral's habit (i.e., its length and direction of growth) and resultant physical properties.

35.    Asbestiform minerals are characterized by long, parallel growth patterns.

36.    When they break, asbestiform materials splinter into fibers and fibrils, which pose a significant risk to human health.

37.     Non-asbestiform minerals are *chemically* similar to asbestiform minerals.

38.     However, they exhibit different *physical* characteristics because non-asbestiform minerals do not have the same habit.

39.     Non-asbestiform minerals are characterized by short, multi-directional growth patterns.

40.     When they break, non-asbestiform materials break down into shorter, thicker cleavage patterns.

41.     Federal agencies have limited the regulation of "asbestos" to only those minerals characterized by the asbestiform habit.

42.     For instance, in 1992, the Occupational Safety and Health Organization ("OSHA") amended its definition of asbestos to remove the non-asbestiform varieties. 57 Fed. Reg. 24310-01 (June 8, 1992).

43.     Multiple regulations from the US EPA recognize that "[a]sbestos means the *asbestiform* varieties of serpentine (chrysotile), riebeckite (crocidolite), cummingtonite-grunerite, anthophyllite, and actinolite-*tremolite*." National Emission Standards for Hazardous Air Pollutants, 40 C.F.R. § 61.141 (2018) (emphases added); *see also* Toxic Substances Control Act – Prohibition of the Manufacture, Importation, Processing, and Distribution in Commerce of Certain Asbestos-Containing Products, 40 C.F.R. §763.163 (2018); Toxic Substances Control Act – Asbestos Containing Materials in Schools, 40 C.F.R. §763.83 (2018).

44.     The Food and Drug Administration ("FDA") regulates talc and has adopted the United States Pharmacopeia's ("USP's") standards, specifications, and testing methods for talc. 21 C.F.R. § 73.1550(b).

45. The USP test for asbestos is called the "Absence of Asbestos" test. USP, *Talc Revision Bulletin*, Aug. 1, 2011, at 2.

46. Pursuant to the Absence of Asbestos test, talc contains asbestos only "if there is a range of length to width ratios of 20:1 to 100:1, or higher for fibers longer than 5 [micrometers]; if there is a capability of splitting into very thin fibrils; and if there are two or more of the following four criteria: (1) parallel fibers occurring in bundles, (2) fiber bundles displaying frayed ends, (3) fibers in the form of thin needles, and (4) matted masses of individual fibers and/or fibers showing curvature." *Id*.; *compare with* EPA R-93, *Method for the Determination of Asbestos in Bulk Building Materials*, p. 70.

47. This definition of asbestos matches the EPA R-93 definition of asbestiform. *Id.*

48. In other words, the FDA and USP only consider talc to be contaminated with asbestos if it contains asbestiform minerals.

49. The mission of the Mine Safety and Health Administration ("MHSA") is to "promote safe and healthful workplaces for U.S. miners." MSHA Mission, https://www.msha.gov/about/mission.

50. Like the EPA and OSHA, MSHA regulations define asbestos as "a generic term for a number of *asbestiform* hydrated silicates that when crushed or processed, separate into flexible fibers made up of fibrils." 30 C.F.R. §71.702 (2018) (emphasis added).

51. In fact, as is the case with OSHA, MSHA regulations pertaining to asbestos "[do] not include nonfibrous or non-asbestiform minerals." 73 Fed. Reg. 11284, 11292 (Feb. 29, 2008).

52. Therefore, even if *non-asbestiform* tremolite was present in certain of AMACO's art clay, these products would not have contained asbestos or asbestos-contaminated materials as defined and applied by EPA, OSHA, FDA, USP, and MSHA.

*AMACO's Insurance Coverage*

53.     AMACO purchased multiple insurance policies from Cincinnati Insurance, which

provide coverage to AMACO from 1978 through 2025.

54.     Cincinnati Insurance issued the following relevant insurance policies to AMACO:

| Policy Number: | Effective Dates: |
|---|---|
| Umbrella Policies | |
| CCC 4336819 | 01/01/93 – 01/01/99 |
| CCC4453900 | 01/01/99 – 01/01/05 |
| CPP 0919968 | 01/01/05 – 01/01/06 |
| CPP 0871886 | 01/01/06 – 01/01/13 |
| CPP 0871886 | 01/01/13 – 01/01/14 |
| CPP 0871886 | 01/01/14 – 01/01/17 |
| WFG 0015854 | 01/01/17 – 01/01/20 |
| ETD 0558169 | 01/01/20 – 01/01/23 |
| EPP 0558169 | 01/01/23 – 01/01/25 |
| Primary Policies | |
| CPP 0644256 | 01/01/93 – 01/01/96 |
| CPP 5522841 | 01/01/96 – 01/01/02 |
| CPP 5545788 | 01/01/02 – 01/01/05 |
| CPP 0919968 | 01/01/05 – 01/01/06 |
| CPP 0871886 | 01/01/06 – 01/01/13 |
| CPP 0871886 | 01/01/13 – 01/01/14 |
| CPP 0871886 | 01/01/14 – 01/01/17 |
| MFG 0015854 | 01/01/17 – 01/01/20 |
| ETD 0558169 | 01/01/20 – 01/01/23 |
| EPP 0558169 | 01/01/23 – 01/01/25 |

55.     The above-referenced insurance policies are collectively referred to herein as the

"Policies." (Though not yet implicated by the exhaustion of the underlying policies, Cincinnati

Insurance denied coverage for each and every one of AMACO's tenders under excess policies with

effective dates from January 1, 1993 to present.)

*Underlying Lawsuits*

56.     AMACO has been named as a defendant in dozens of personal injury lawsuits in which individuals allege that they have suffered personal injury caused by exposure to asbestos and asbestos-containing products.

57.     AMACO tendered claims to Cincinnati Insurance for defense and indemnity with respect to the following lawsuits (the "Lawsuits"):

| Case Name: | Jurisdiction: | Case ID: | Implicated Policies: | Date of Coverage Denial: |
|---|---|---|---|---|
| Louis D. Wagner, Individually and as Successor-in-Interest to Nanette C. Wagner, deceased vs. American Art Clay Co., Inc. et al. | Superior Court of the State of California for the County of Los Angeles | Case No: BC645588 | CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2018)<br><br>CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2018) | 2/27/2017 |
| Andrew Ceci vs. American Art Clay Co., Inc. et al. | Supreme Court of the State of New York County of New York | Index No: 190260/2017 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2018)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2018) | 11/21/2017 |

| Case Name: | Jurisdiction: | Case ID: | Implicated Policies: | Date of Coverage Denial: |
|---|---|---|---|---|
| Chris Moldow v. A.I. Friedman LLP, et al. | Supreme Court of the State of New York County of New York | Index No: 190301/2017 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2018)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2018) | 11/21/2017 |
| Paul James and Rebecca Ann James vs. American Art Clay Company, Inc., a/k/a AMACO et al. | Supreme Court of the State of New York County of Oneida | Index No: EFCA2018-000109 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2019)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2019) | 1/25/2018 |
| Louise M. Creatura and John Creatura vs. American Art Clay Company Inc. et al. | Supreme Court of the State of New York County of Monroe | Index No: E2018000604 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2019)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2019) | 3/2/2018 |

| Case Name: | Jurisdiction: | Case ID: | Implicated Policies: | Date of Coverage Denial: |
|---|---|---|---|---|
| James Binder and Patricia Binder vs. American Art Clay Co., Inc. et al. | Circuit Court, Third Judicial Circuit Madison County, Illinois | Case No: 2018L 000157 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2019)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2019) | 3/30/2018 |
| Bruce Johnson and Deborah Johnson v. AMACO, LLC, successor in interest to American Art and Clay Company et al. | Circuit Court, Third Judicial Circuit Madison County, Illinois | Case No: 2017L 000384 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2019)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2019) | 4/26/2018 |
| Mary J. Wehrmeister, Individually and as Special Administrator for the Estate of Stanley J. Wehrmeister, deceased v. American Art Clay Company, Inc. et al. | Circuit Court, Third Judicial Circuit Madison County, Illinois | Case No: 2018L 000454 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2019)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2019) | 4/26/2018 |

| Case Name: | Jurisdiction: | Case ID: | Implicated Policies: | Date of Coverage Denial: |
|---|---|---|---|---|
| Felix Brow-Westbrook vs. American Art Clay Company, Inc., a/k/a AMACO et al. | Supreme Court of the State of New York County of New York | Index No: 190100/2018 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2019)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2019) | 4/26/2018 |
| Billy Wayne Smith and Genella Elliot vs. American Art Clay Co., Inc. et al. | Circuit Court, Third Judicial Circuit Madison County, Illinois | Case No: 2018L 000989 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2019)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2019) | 8/21/2018 |
| Barbara Cartwright and Jason Cartwright v. American Art Clay Co., Inc. et al. | Supreme Court of New Jersey Law Division: Middlesex County | Docket No: MIL-L-04446-18AS | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2019)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2019) | 8/21/2018 |

| Case Name: | Jurisdiction: | Case ID: | Implicated Policies: | Date of Coverage Denial: |
|---|---|---|---|---|
| Basil G. Kelsey and Susan M. Kelsey vs. American Art Clay Company, Inc. et al. | Circuit Court, Third Judicial Circuit Madison County, Illinois | Case No: 2018L 001236 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2019)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2019) | 10/2/2018 |
| Elspeth Vevers v. American Art Clay Co., Inc. et al. | Commonwealth of Massachusetts Middlesex, SS | Civil Action No: 2018-2636 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2019)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2019) | 10/2/2018 |
| Lorraine T. Berger and Stanley Berger vs. AMACO, LLC and American Art Clay Company, Inc. et al. | Supreme Court of the State of New York County of New York | Index No: 190376/2018 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2019)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2019) | 10/26/2018 |

| Case Name: | Jurisdiction: | Case ID: | Implicated Policies: | Date of Coverage Denial: |
|---|---|---|---|---|
| David Micca and Beth Micca vs. AMACO, LLC and American Art Clay Company, Inc. et al. | Supreme Court of the State of New York County of Monroe | Index No: E2019007475 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020) | 9/19/2019 |
| James Thompson and Martha Thompson, his wife v. American Art Clay Company, Inc. et al. | Circuit Court State of Missouri Twenty-Second Judicial Circuit (City of St. Louis) | Case No: 1922-CC11513 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020) | 9/24/2019 |
| Rita Thurman v. American Art Clay Company, Inc. et al. | Circuit Court State of Missouri Twenty-Second Judicial Circuit (City of St. Louis) | Case No: 1922-CC11694 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020) | 12/3/2019 |

| Case Name: | Jurisdiction: | Case ID: | Implicated Policies: | Date of Coverage Denial: |
|---|---|---|---|---|
| Kim Madril and Richard Madril vs. American Art Clay Company et al. | Superior Court of the State of California for the County of Los Angeles | Case No: 19STCV40425 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 - 2017)<br>WFG 0015854 (2017 – 2020) | 12/3/2019 |
| Donald Patterson and Sherry Patterson vs. AMACO, LLC and American Art Clay Company, Inc. et al. | Supreme Court of the State of New York County of New York | Index No: 190200/2019 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020) | 12/3/2019 |
| David Springer and Dorothy Springer vs. American Art Clay Company Inc. et al. | Superior Court of California County of San Francisco | Case No: CGC-20-276849 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2021)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2021) | 8/6/2020 |

| Case Name: | Jurisdiction: | Case ID: | Implicated Policies: | Date of Coverage Denial: |
|---|---|---|---|---|
| Crystal D. Redington, as Personal Representative for the Estate of Mark W. Redington v. Georgie's Ceramic and Clay Co., Inc. et al. | Multnomah County, Oregon | Case No: 20CV01618 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2021)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2021) | 9/18/2020 |
| Alan E. Maurer and Maryen Maurer vs. AMACO, LLC et al. | Supreme Court of the State of New York County of New York | Index No: 190278/2020 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2021)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2021) | 12/10/2020 |
| Barbarann Loconte vs. American Art Clay Company, Inc. et al. | Supreme Court of the State of New York County of New York | Index No: 190289/20 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2021)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2021) | 12/10/2020 |

| Case Name: | Jurisdiction: | Case ID: | Implicated Policies: | Date of Coverage Denial: |
|---|---|---|---|---|
| Nilda Alonso as Special Administrator(s) for Juan Alonso, Deceased vs. American Art Clay Co., Inc. et al. | Supreme Court of the State of New York County of New York | Index No: 190308/2020 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2021)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2021) | 12/10/2020 |
| John B. Leonard and Genalyn Leonard vs. American Art Clay Company, Inc. a/k/a AMACO et al. | Supreme Court of the State of New York County of Suffolk | Index No: 613287-19 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2021)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2021) | 12/10/2020 |
| Loretta V. Palamaro, Individually and as Executrix of the Estate of Giuseppe G. Palamaro, deceased vs. American Art Clay Company, Inc. a/k/a AMACO et al. | Supreme Court of the State of New York County of Suffolk | Index No: 617943/2020 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2023)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023) | 2/4/2021 |

| Case Name: | Jurisdiction: | Case ID: | Implicated Policies: | Date of Coverage Denial: |
|---|---|---|---|---|
| Joyce Boucher as Special Administrator(s) for Normand Boucher, Deceased vs. American Art Clay Company, Inc. et al. | Circuit Court, Third Judicial Circuit Madison County, Illinois | Case No: 21-L-521 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2023)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023) | 6/11/2021 |
| Joseph Seltz, Individually and as Special Administrator of the Estate of Susan Seltz, Deceased vs. American Art Clay Co., Inc. et al. | Circuit Court, Third Judicial Circuit Madison County, Illinois | Case No: 21-L-962 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2023)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023) | 10/5/2021 |
| Melvin Switzer and Dolores Switzer vs. American Art Clay Co., Inc. et al. | Circuit Court, Third Judicial Circuit Madison County, Illinois | Index No: 21-L-849 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2023)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023) | 10/5/2021 |

| Case Name: | Jurisdiction: | Case ID: | Implicated Policies: | Date of Coverage Denial: |
|---|---|---|---|---|
| Peggy R. Pfister, as Personal Representative of the Estate of Nancy Ann Hembd, deceased v. American Art Clay Company et al. | County of Marion | Cause No: 49D13-2108-MI-029127 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2023)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023) | 10/5/2021 |
| Maria Garvey vs. American Art Clay Company, Inc. et al. | Philadelphia Court of Common Civil Trial Division | Case No: 01175 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2023)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023) | 10/5/2021 |
| Genny Zbach and Lawrence "Larry" Zbach v. American Art Clay Company, Inc. et al. | Circuit Court of Kanawha County | Civil Action No: 21-C-1006 KAN | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2023)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023) | 1/5/2022 |

| Case Name: | Jurisdiction: | Case ID: | Implicated Policies: | Date of Coverage Denial: |
|---|---|---|---|---|
| Victoria Richardson v. American Art Clay Co. Inc. et al. | Superior Court of the State of California County of Alameda - Court of Unlimited Jurisdiction | Case No: 21-CV-003268 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2023)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023) | 1/5/2022 |
| Carla Fasolo and Anthony Fasolo, Sr. vs. American Art Clay Company, Inc. et al. | Supreme Court of the State of New York County of Oneida | Index No: EFCA2021-002892 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2023)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023) | 1/5/2022 |
| Monique Ramirez, Individually and as Special Administrator of the Estate of Gordon Curtis Jones, Sr., Deceased vs. American Art Clay Co., Inc. et al. | Circuit Court, Third Judicial Circuit Madison County, Illinois | Case No: 22-LA-000089 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2023)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023) | 2/28/2022 |

| Case Name: | Jurisdiction: | Case ID: | Implicated Policies: | Date of Coverage Denial: |
|---|---|---|---|---|
| Thomas Murphy and Claudia Stuart vs. American Art Clay Company, Inc. et al. | Superior Court of California County of San Francisco | Case No: CGC-21-276987 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2023)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023) | 2/28/2022 |
| Michael Calderon vs. American Art Clay Company, Inc., a/k/a AMACO et al. | Supreme Court of the State of New York County of Broome | Index No: EFCA2021-002944 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2023)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023) | 2/28/2022 |
| Catherine Perks v. American Art Clay Company, Inc., a/k/a AMACO et al. | Supreme Court of the State of New York County of Erie | Index No: 801064/2002 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2023)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023) | 2/28/2022 |

| Case Name: | Jurisdiction: | Case ID: | Implicated Policies: | Date of Coverage Denial: |
|---|---|---|---|---|
| Deborah L. Olson-Rizzo and Thomas V. Rizzo vs. American Art Clay Company, Inc. et al. | Supreme Court of the State of New York County of New York | Index No: 190018/2022 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2023)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023) | 2/28/2022 |
| Richards Fields v. American Art Clay Company, Inc., a/k/a AMACO et al. | Supreme Court of the State of New York County of Suffolk | Index No: 620975/2021 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2023)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023) | 2/28/2022 |
| James F. Pimentel and Damon L. Roberts vs. American Art Clay Company, Inc. et al. | Circuit Court of Jackson County, Missouri, at Kansas City | Cause No: 2216-CV03929 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2023)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023) | 4/20/2022 |

| Case Name: | Jurisdiction: | Case ID: | Implicated Policies: | Date of Coverage Denial: |
|---|---|---|---|---|
| Jason Segars vs. American Art Clay Company, Inc. et al. | Circuit Court Third Judicial Circuit Madison County, Illinois | Case No: 22-LA-000348 | CPP 0644256 (1993 – 1996) CPP 5522841 (1996 – 2002) CPP 5545788 (2002 – 2005) CPP 0919968 (2005 – 2006) CPP 0871886 (2006 – 2017) MFG 0015854 (2017 – 2020) ETD 0558169 (2020 - 2023)<br><br>CCC 4336819 (1993 – 1999) CCC 4453900 (1999 – 2005) CPP 0919968 (2005 – 2006) CPP 0871886 (2006 – 2017) WFG 0015854 (2017 – 2020) ETD 0558169 (2020 – 2023) | 4/20/2022 |
| Leslie Morse, and Danielle Morse, his wife vs. American Art Clay Company, Inc. et al. | Circuit Court Third Judicial Circuit Madison County, Illinois | Case No: 22-LA-000200 | CPP 0644256 (1993 – 1996) CPP 5522841 (1996 – 2002) CPP 5545788 (2002 – 2005) CPP 0919968 (2005 – 2006) CPP 0871886 (2006 – 2017) MFG 0015854 (2017 – 2020) ETD 0558169 (2020 - 2023)<br><br>CCC 4336819 (1993 – 1999) CCC 4453900 (1999 – 2005) CPP 0919968 (2005 – 2006) CPP 0871886 (2006 – 2017) WFG 0015854 (2017 – 2020) ETD 0558169 (2020 – 2023) | 4/20/2022 |
| Sarah J. Plant and Parker Plant vs. American Art Clay Company et al. | State of South Carolina County of Richard in the Cour of Common Pleas for the Fifth Judicial Circuit | Case No: 2022-CP-40-01265 | CPP 0644256 (1993 – 1996) CPP 5522841 (1996 – 2002) CPP 5545788 (2002 – 2005) CPP 0919968 (2005 – 2006) CPP 0871886 (2006 – 2017) MFG 0015854 (2017 – 2020) ETD 0558169 (2020 - 2023)<br><br>CCC 4336819 (1993 – 1999) CCC 4453900 (1999 – 2005) CPP 0919968 (2005 – 2006) CPP 0871886 (2006 – 2017) WFG 0015854 (2017 – 2020) ETD 0558169 (2020 – 2023) | 4/20/2022 |

| Case Name: | Jurisdiction: | Case ID: | Implicated Policies: | Date of Coverage Denial: |
|---|---|---|---|---|
| Thomas Shaffer and Jessilyn Shaffer, his wife, vs. American Art Clay Company, Inc. AND AMACO, LLC et al. | Court of Common Pleas of Allegheny County | Case No: GD-22-003668 | CPP 0644256 (1993 – 1996) CPP 5522841 (1996 – 2002) CPP 5545788 (2002 – 2005) CPP 0919968 (2005 – 2006) CPP 0871886 (2006 – 2017) MFG 0015854 (2017 – 2020) ETD 0558169 (2020 - 2023)<br><br>CCC 4336819 (1993 – 1999) CCC 4453900 (1999 – 2005) CPP 0919968 (2005 – 2006) CPP 0871886 (2006 – 2017) WFG 0015854 (2017 – 2020) ETD 0558169 (2020 – 2023) | 5/31/2022 |
| Michael A. LaPointe, individually and as Personal Representative of the Estate of Judith A. LaPointe vs. American Art Clay Company, Inc. et al. | Commonwealth of Massachusetts Middlesex, SS | Civil Action No: 21-6597 | CPP 0644256 (1993 – 1996) CPP 5522841 (1996 – 2002) CPP 5545788 (2002 – 2005) CPP 0919968 (2005 – 2006) CPP 0871886 (2006 – 2017) MFG 0015854 (2017 – 2020) ETD 0558169 (2020 - 2023)<br><br>CCC 4336819 (1993 – 1999) CCC 4453900 (1999 – 2005) CPP 0919968 (2005 – 2006) CPP 0871886 (2006 – 2017) WFG 0015854 (2017 – 2020) ETD 0558169 (2020 – 2023) | 6/28/2022 |
| Joyce A. Hoffman vs. AMACO, LLC et al. | Superior Court of New Jersey Law Division, Middlesex County | Docket No: MID-L-004071-22AS | CPP 0644256 (1993 – 1996) CPP 5522841 (1996 – 2002) CPP 5545788 (2002 – 2005) CPP 0919968 (2005 – 2006) CPP 0871886 (2006 – 2017) MFG 0015854 (2017 – 2020) ETD 0558169 (2020 - 2023)<br><br>CCC 4336819 (1993 – 1999) CCC 4453900 (1999 – 2005) CPP 0919968 (2005 – 2006) CPP 0871886 (2006 – 2017) WFG 0015854 (2017 – 2020) ETD 0558169 (2020 – 2023) | 9/2/2022 |

| Case Name: | Jurisdiction: | Case ID: | Implicated Policies: | Date of Coverage Denial: |
|---|---|---|---|---|
| George S. Vegos and Rae E. Watson vs. American Art Clay Co., Inc. et al. | Superior Court of the State of California for the County of Los Angeles | Case No: 22STCV33921 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2023)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023) | 11/8/2022 |
| James Pickard vs. American Art Clay Company, Inc. et al. | Superior Court of the State of California for the County of Los Angeles | Case No: 22STCV18682 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2023)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023) | 11/8/2022 |
| John Dodero and Cathey Dodero vs. American Art Clay Co., Incl, a/d/a AMACO, Inc. et al. | Superior Court of the State of California County of Alameda - Court of Unlimited Jurisdiction | Case No: 22CV022005 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2023)<br>EPP 0558169 (2023 – 2024)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023)<br>EPP 0558169 (2023 – 2024) | 1/11/2023 |

| Case Name: | Jurisdiction: | Case ID: | Implicated Policies: | Date of Coverage Denial: |
|---|---|---|---|---|
| Alexander Dimitrov vs. American Art Clay Co., Inc. et al. | Circuit Court, Third Judicial Circuit Madison County, Illinois | Case No: 2023LA000221 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023)<br>EPP 0558169 (2023 – 2024)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023)<br>EPP 0558169 (2023 – 2024) | 3/27/2023 |
| Kenneth Biberstein vs. American Art & Clay Company, Inc. et al. | Circuit Court, Third Judicial Circuit Madison County, Illinois | Case No: 2023 LA000169 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2023)<br>EPP 0558169 (2023 – 2024)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023)<br>EPP 0558169 (2023 – 2024) | 3/27/2023 |

| Case Name: | Jurisdiction: | Case ID: | Implicated Policies: | Date of Coverage Denial: |
|---|---|---|---|---|
| Susan Galleymore vs. American Art Clay Co., Inc. et al. | Superior Court of the State of California County of Alameda - Court of Unlimited Jurisdiction | Case No: 23CV027573 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023)<br>EPP 0558169 (2023 – 2024)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023)<br>EPP 0558169 (2023 – 2024) | 3/27/2023 |
| Edward Rasel, Personal Representative of the Estate of Doris R. Rasel and Edward Rasel, Surviving Child of Doris R. Rasel and Donna Deinish, Surviving Child of Doris R. Rasel vs. AMACO, LLC et al. | Circuit Court for Baltimore City | Case No: 24X23000015 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2023)<br>EPP 0558169 (2023 – 2024)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023)<br>EPP 0558169 (2023 – 2024) | 6/26/2023 |

| Case Name: | Jurisdiction: | Case ID: | Implicated Policies: | Date of Coverage Denial: |
|---|---|---|---|---|
| Melanie Kirschner and Spence Kirschner vs. American Art Clay Company, Inc. a/d/a AMACO et al. | Supreme Court of the State of New York County of Ulster | Index No: EF2023-1417 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023)<br>EPP 0558169 (2023 – 2024)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023)<br>EPP 0558169 (2023 – 2024) | 8/16/2023 |
| Linda M. Atko vs. American Art & Clay Company, Inc. et al. | Circuit Court of Cook County Illinois County Department, Law Division | Cause No: 24L000630 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2023)<br>EPP 0558169 (2023 – 2025)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023)<br>EPP 0558169 (2023 – 2025) | 2/8/2024 |

| Case Name: | Jurisdiction: | Case ID: | Implicated Policies: | Date of Coverage Denial: |
|---|---|---|---|---|
| Janet Fredregill, Special Administrator of the Estate of Larry Fredregill, Deceased vs. American Art & Clay Company, Inc. et al. | Circuit Court, Third Judicial Circuit Madison County, Illinois | Case No: 2023LA001765 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023)<br>EPP 0558169 (2023 – 2025)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023)<br>EPP 0558169 (2023 – 2025) | 2/8/2024 |
| William and Leslie Virbitsky vs. American Art & Clay Company et al. | Court of Common Pleas of Philadelphia County | 2023 Term No: 01456 | CPP 0644256 (1993 – 1996)<br>CPP 5522841 (1996 – 2002)<br>CPP 5545788 (2002 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>MFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 - 2023)<br>EPP 0558169 (2023 – 2025)<br><br>CCC 4336819 (1993 – 1999)<br>CCC 4453900 (1999 – 2005)<br>CPP 0919968 (2005 – 2006)<br>CPP 0871886 (2006 – 2017)<br>WFG 0015854 (2017 – 2020)<br>ETD 0558169 (2020 – 2023)<br>EPP 0558169 (2023 – 2025) | 2/8/2024 |

58.     The claims in the Lawsuits are covered by at least one, and sometimes more than one, of the Policies.

59.     Insofar as they are directed towards AMACO, the Lawsuits are meritless because AMACO never produced, manufactured, or sold asbestos or asbestos-containing art material products.

60.     Pursuant to the terms of the policies, Cincinnati Insurance was and is obligated to provide AMACO a defense and indemnity regarding each of the Lawsuits.

*Coverage Decisions*

61.     Cincinnati Insurance responded in writing to each of AMACO's tenders concerning the Lawsuits. (Exhibits 1–33.)

62.     Cincinnati Insurance characterized its coverage positions as a reservation of rights. However, Cincinnati only reserved its rights as to those events covered by umbrella policies with effective dates between March 10, 1978, and March 10, 1987.

63.     Cincinnati Insurance *denied* coverage for each of AMACO's tenders under primary and excess policies with effective dates between January 1, 1993, and present. (Exhibits 1–33.)

64.     Cincinnati based its denial of coverage for the Lawsuits on an exclusion contained within the Policies.

65.     The exclusion, in pertinent part, reads as follows (the "Exclusion"):

> The insurance does not apply to "bodily injury" or "property damage" that arise out of, are attributable to or are any way related to asbestos, in any form or which may be transmitted in any manner.

66.     "Asbestos" is not a defined term in the Policies. Cincinnati could have defined, but chose not to define, "asbestos" in the Policies. Reasonable policyholders of average intelligence could honestly disagree about the scope and meaning of this undefined term.

67.     In addition, on its face the Exclusion does not apply to AMACO's request for insurance coverage because AMACO never produced, manufactured, or sold asbestos or asbestos-containing art material products.

## CLAIMS FOR RELIEF

### Count I
*Declaratory Judgment*

68.    AMACO incorporates by reference paragraphs 1 through 67 above as though fully set forth herein.

69.    There is an actual controversy between AMACO and Cincinnati Insurance regarding the interpretation of the Policies and the parties' rights and/or obligations as to coverage for defense and indemnity under the Policies with respect to the Lawsuits.

70.    Reasonable policyholders of average intelligence could honestly disagree as to the scope and meaning of the Exclusion in the Policies.

71.    Specifically, reasonably intelligent policyholders could honestly disagree as to the scope and meaning of the term "asbestos," which Cincinnati Insurance could have defined but chose not to.

72.    The meaning of the term "asbestos" and the meaning of the Exclusion are therefore ambiguous, and the provision must be strictly construed against Cincinnati Insurance.

73.    Because the Exclusion was the basis of Cincinnati's denial of coverage, AMACO is entitled to a declaratory judgment regarding its right to defense and indemnity coverage.

74.    Specifically, AMACO is entitled to a declaratory judgment pursuant to 28 U.S.C. § 2201 and Rule 57 of the Federal Rules of Civil Procedure that any past and future attorneys' fees, litigation expenses, and court costs, including settlement amounts and judgments, are covered under the Policies until all indemnity coverage has been exhausted.

## Count II
### *Breach of Contract*

75.    AMACO incorporates by reference paragraphs 1 through 74 above as though fully set forth herein.

76.    The Policies are binding contracts between AMACO and Cincinnati Insurance.

77.    Cincinnati Insurance breached its duty to defend and indemnify AMACO by denying coverage and refusing to participate in AMACO's defense of the Lawsuits.

78.    AMACO suffered damages and will continue to suffer damages as a result of Cincinnati Insurance's abandonment of and failure to defend it.

79.    Cincinnati Insurance is liable to AMACO for the costs AMACO has incurred and will incur with regard to the Lawsuits.

## Count III
### *Breach of Duty of Good Faith*

80.    AMACO incorporates by reference paragraphs 1 through 79 above as though fully set forth herein.

81.    Cincinnati breached its duty of good faith and fair dealing with its unfounded denials of coverage to AMACO with regard to the Lawsuits.

82.    Cincinnati Insurance consciously acted contrary to AMACO's best interests.

83.    Cincinnati Insurance is liable to AMACO for costs AMACO has incurred and will incur with regard to the Lawsuits.

84.    AMACO is also entitled to punitive damages from Cincinnati Insurance.

## PRAYER FOR RELIEF

WHEREFORE, AMACO respectfully requests that the Court:

1.    Enter judgment in favor of AMACO and against the Cincinnati Insurance;

2.      Order Cincinnati to pay to AMACO an amount that will fully and fairly compensate AMACO for its past and future damages;

3.      Order Cincinnati to pay AMACO its reasonable attorneys' fees and the costs of this litigation;

4.      Declare Cincinnati Insurance liable to AMACO under the Policies for past and future attorneys' fees and all costs and expenses under its duty to defend AMACO under the Policies regarding the Lawsuits;

5.      Award AMACO damages stemming from Cincinnati Insurance's breach of contract;

6.      Award AMACO damages stemming from Cincinnati Insurance's breach of duty of good faith;

7.      Award AMACO punitive damages for Cincinnati Insurance's breach of duty of good faith;

8.      Award AMACO any and all further relief that is just and proper, including prejudgment interest on all covered, but unreimbursed, past costs.

**JURY DEMAND**

AMACO, pursuant to Federal Rule of Civil Procedure 38(b), respectfully submits this demand for trial by jury on all issues so triable.

Respectfully submitted,

_/s/David L. Guevara_____
David L. Guevara, Atty. No. 26388-49
Matthew T. Albaugh, Atty. No. 23293-49
John F. Huldin, Atty. No. 35258-49
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
Telephone: (317) 713-3500
Email:  dguevara@taftlaw.com
        malbaugh@taftlaw.com
        jhuldin@taftlaw.com

*Counsel for Plaintiff*

131944012