**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| AMERICAN ART CLAY COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-00465-TWP-MKK |
| ) | |
| THE CINCINNATI INSURANCE COMPANY, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

All claims now having been resolved in this action; the Court now enters **FINAL JUDGMENT**. Judgment is entered in favor of Defendant The Cincinnati Insurance Company, Inc. This case is **dismissed with prejudice**, and this action is **TERMINATED**.

**SO ORDERED.**

Date:  3/31/2025

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Matthew Thomas Albaugh
Taft Stettinius & Hollister LLP
malbaugh@taftlaw.com

Danielle Rose Chidiac
Plunkett Cooney
dchidiac@plunkettcooney.com

Dennis M. Dolan
Litchfield Cavo LLP
dolan@litchfieldcavo.com

David Guevara
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
dguevara@taftlaw.com

John Frederick Huldin
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
JHuldin@taftlaw.com

Zakariah A. Kulam
Taft Stettinius & Hollister LLP
zkulam@taftlaw.com

Lauren Beth McMillen
PLUNKETT COONEY, P.C.
lmcmillen@plunkettcooney.com

Nicole C. Ruggirello
PLUNKETT COONEY (Bloomfield Hills)
nruggirello@plunkettcooney.com

Brooke Sanders
Litchfield Cavo LLP
sandersb@litchfieldcavo.com